**Electronically Filed
Supreme Court
SCPW-17-0000005
26-JAN-2017
02:17 PM**

SCPW-17-0000005

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STEFAN ROZEMBERSKY, Petitioner,

vs.

HAWAIʻI BAR COMMISSION, Respondent.

ORIGINAL PROCEEDING
(SCBA-16-0000190)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Stefan Rozembersky's Petition for Writ of Mandamus,[1] Statement of Facts, Statement of Issues and Relief Sought, and Statement of Reasons for Issuing the Writ filed on January 4, 2017:

(1) Petitioner petitions the court to:

(a) amend certain supreme rules related to examination and admission to the State bar;
(b) allow attorneys, who are admitted and in good standing in another state, take the Hawaiʻi bar examination, regardless of law school accreditation;
(c) allow for "waiver by motion" which would

---

[1] Petitioner did not pay the required filing fee for this petition for a writ of mandamus. See Rule 45(e)(1) and Appendix B of the Hawaiʻi Rules of Appellate Procedure.

allow applicant attorneys admission to the Hawaiʻi bar without examination; and

(d) award Petitioner costs and reasonable attorneys' fees associated with bringing this matter before the court.

(2) A writ of mandamus is an extraordinary remedy that will not issue unless the Petitioner demonstrates a clear and indisputable right to relief.  Straub Clinic & Hospital v. Kochi, 81 Hawaiʻi 410, 414, 917 P.2d 1284, 1288 (1996).

(3) Petitioner fails to demonstrate that he has a clear and indisputable right to the relief requested.  Therefore,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED:   Honolulu, Hawaiʻi, January 26, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

